NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MICHAEL DALTON,**
*Appellant,*

v.

**HONDA MOTOR CO., LTD.,**
*Appellee.*

2011-1077

(Opposition No. 91173105)

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

## ON MOTION

## ORDER

Michael Dalton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 3 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Michael Dalton
    Dyan Finguerra-DuCharme, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 0 3 2010**

**JAN HORBALY
CLERK**